# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LASERAWAY, LLC.<br><br>　　　　　　Defendant. | Case No.: 2:25-cv-02157-AH-SKx<br><br>**ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii) [20]  [JS-6]** |

Pursuant to the Parties' stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Class Action Complaint is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, as stipulated.

**IT IS SO ORDERED**.

Dated: SEPTEMBER 16, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE